**FILED**

11/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0291

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0291

_____

CITY OF RED LODGE,

      Plaintiff and Appellee,

v.

O R D E R

EUGENE TIMOTHY RODMAN,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Eugene Timothy Rodman, to all counsel of record, and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2020